IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LUTHER WAYNE DILLON**                                               **PLAINTIFF**
**ADC #173503**

V.                              CASE NO. 4:21-cv-00242 JM

**DEPARTMENT OF THE**                                                **DEFENDANTS**
**TREASURY,** *et al.*

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 1st day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE